UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A SINGLE FAMILY RESIDENCE LOCATED AT 21 SCHOOL HOUSE RD, GREENFIELD, NH  03047 | No. 19-mj-25-AJ |

FILED 2020 JAN 23 P 4: 06

### GOVERNMENT'S MOTION TO UNSEAL

Now comes the United States of America, by and through, Anna Z. Krasinski, Assistant United States Attorney for the District of New Hampshire, and moves that this Court order that the search warrant, application for search warrant, and affidavit in support of application for search warrant, and all docket entries relating to those documents, be unsealed.

In support thereof, the United States represents that unsealing the above-referenced documents is appropriate because there is no longer a necessity to protect an ongoing investigation.

Respectfully submitted,

Dated: January 22, 2020

SCOTT W. MURRAY
United States Attorney

By: *Anna Krasinski*
Anna Krasinski
Assistant United States Attorney
Bar No: (WV) 12762
53 Pleasant Street, 4th Floor
Concord, NH 03301
anna.krasinski@usdoj.gov